NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1104

TAKEDA PHARMACEUTICAL COMPANY LIMITED,
TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC,
TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,

Plaintiffs-Appellants,

v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES LTD.,

Defendants-Appellees.

Eric J. Lobenfeld, Hogan & Hartson LLP, of New York, New York, argued for plaintiffs-appellants. With him on the brief were Arlene L. Chow, Dillon Kim and Philippe Yoland Riesen, of Shinjuku, Tokyo, Japan. Of counsel on the brief were Stuart E. Pollack, DLA Piper (US), of New York, New York; Paul A. Ragusa and Jennifer Cozeolino Tempesta, Baker Botts L.L.P., of New York, New York.

Thomas J. Meloro, Jr., Willkie Farr & Gallagher LLP, of New York, New York, argued for defendants-appellees. Of counsel were John L. North, Jeffrey J. Toney, Laura Fahey Fritts and Darcy L. Jones, Sutherland Asbill & Brennan LLP, of Atlanta, Georgia.

Appealed from: United States District Court for the District of Delaware

Judge Sue L. Robinson

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1104

TAKEDA PHARMACEUTICAL COMPANY LIMITED,
TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC,
TAKEDA PHARMACEUTICALS AMERICA, INC., AND ETHYPHARM, S.A.,

Plaintiffs-Appellants,

v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES LTD.,

Defendants-Appellees.

# Judgment

ON APPEAL from the        United States District Court for the District of Delaware

in CASE NO(S).        07-CV-0331

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, SCHALL and LINN, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED January 22, 2010        /s/ Jan Horbaly
                              Jan Horbaly, Clerk